UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA MARTINO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and<br>SETERUS, INC.,<br>    Defendants. | C.A. No. 3:17-CV-01326-JCH |

**STATUS REPORT OF SETERUS, INC.**

NOW COMES Seterus, Inc., defendant in the above-captioned action, and pursuant to this Court's order of November 7, 2017, files this status report.

**Matters Relevant to the Case**

Teresa Martino (the "**Plaintiff**") alleges three (3) claims against Seterus: breach of contract, negligence and violation of the Connecticut Unfair Trade Practices Act. All of the Plaintiff's claims regard communications that the Plaintiff has had with Seterus regarding the Plaintiff's interest in modifying the terms of her loan secured by a mortgage on 1107 North High Street, East Haven, New Haven County, Connecticut.

Since this Court entered its order of November 7, 2017, the following events have occurred:

- January 2, 2018: co-defendant Bank of America, N.A. reached an agreement with the Plaintiff to resolve the Plaintiff's claims against Bank of America;

- January 15, 2018: Seterus filed a motion to dismiss all claims in the action and asked the Court to abstain pursuant to the Colorado River absention doctrine;

- February 1, 2018: Plaintiff filed her opposition to Seterus' motion to dismiss;

1

- February 2, 2018: Plaintiff and Seterus participated in a court-sponsored mediation that was unsuccessful.

### Discovery

On December 4, 2017, Plaintiff sent by electronic mail her first discovery requests to Seterus. In light of its January 15, 2018 motion to dismiss, Seterus filed with this Court its motion to stay discovery pending this Court's decision on the motion to dismiss. The Court granted the motion and stayed discovery until March 1, 2018.

### Current Deadlines

The current deadlines for the above-captioned action are as follows:

**February 14, 2018**: deadline for plaintiff to disclose experts;

**March 14, 2018**: deadline to depose plaintiff's experts;

**March 31, 2018**: deadline for defendant to disclose experts;

**April 30, 2018**: deadline to depose defendant's experts;

**May 18, 2018**: discovery to be completed; and

**June 29, 2018**: deadline to file any motion related to preclusion of an expert; deadline to file joint pre-trial memorandum; deadline to file dispositive motions.

[The remainder of this page left blank intentionally.]

        Respectfully submitted,

        SETERUS, INC.,

        By its attorney,

        */s/ Richard C. Demerle, Esq.*
        Richard C. Demerle, Esq.
        Sassoon & Cymrot, LLP
        84 State Street
        Boston, MA 02109
        (617) 720-0099
        RDemerle@SassoonCymrot.com

DATE: February 7, 2018

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA MARTINO,<br>         Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and<br>SETERUS, INC.,<br>         Defendants. | C.A. No. 3:17-CV-01326-JCH |

**CERTIFICATE OF SERVICE**

I, Dana A. Jonson, Esq. of the Law Offices of Dana A. Jonson, LLP, hereby certify that I have this 7th day of February 2018 served on behalf of Seterus, Inc. a Status Report of Seterus, Inc. and this Certificate of Service by causing copies hereof to be sent by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Civil Procedure.

| | |
|---|---|
| Jeffrey S. Gentes, Esq.<br>Connecticut Fair Housing Center<br>221 Main Street<br>Hartford, CT 06106 (ECF) | J. Livingston Pottenger, Jr., Esq.<br>Jerome N. Frank Legal Services<br>Organization<br>Yale Law School<br>PO Box 209090<br>New Haven, CT 06520-9090 (ECF) |
| Pierre-Yves Kolakowski, Esq.<br>Zeichner, Ellman & Krause<br>35 Mason St.<br>Greenwich, CT 06830 (ECF) | |

*/s/ Dana A. Jonson, Esq.*
Dana A. Jonson, Esq.