UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERESA MARTINO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and<br>SETERUS, INC.,<br>    Defendants. | C.A. No. 3:17-CV-01326-KAD |

## NOTICE OF NO OPPOSITION

NOW COMES defendant Seterus, Inc. ("Seterus"), by and through its undersigned counsel, and pursuant to Local Rule 7 hereby states that Seterus has no objection to the motion of plaintiff Teresa Martino ("Plaintiff") for partial judgment on the pleadings as to Seterus' second affirmative defense. As the Plaintiff admits, the Plaintiff no longer seeks equitable relief from this Court and Seterus' second affirmative defense to the Plaintiff's second amended complaint is an equitable defense.

WHEREFORE, Seterus respectfully requests that the Court be informed accordingly of the above.

> Respectfully submitted,
>
> SETERUS, INC.,
>
> By its attorneys,
>
> SASSOON & CYMROT, LLP,
>
> /s/ *Aaron A. Fredericks, Esq.*
> Richard C. Demcerle, Esq. (*pro hac vice*)
> Aaron A. Fredericks, Esq. (ct29871)
> Sassoon & Cymrot, LLP
> 84 State Street
> Boston, MA 02109
> (617) 720-0099
> AFredericks@SassoonCymrot.com

DATE: November 19, 2018

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| TERESA MARTINO,<br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and<br>SETERUS, INC.,<br>    Defendants. | C.A. No. 3:17-CV-01326-KAD |
|---|---|

## **CERTIFICATE OF SERVICE**

    I, Aaron A. Fredericks, Esq. of Sassoon & Cymrot, LLP, hereby certify that I have this 19th day of November 2018 served on behalf of Seterus, Inc. this <u>Notice of No Opposition</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent by electronic mail via the electronic court filing system (ECF) and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Civil Procedure.

| Jeffrey S. Gentes, Esq.<br>Jerome N. Frank Legal Services Organization<br>Yale Law School<br>PO Box 209090<br>New Haven, CT 06520-9090 (ECF) | J. Livingston Pottenger, Jr., Esq.<br>Jerome N. Frank Legal Services Organization<br>Yale Law School<br>PO Box 209090<br>New Haven, CT 06520-9090 (ECF) |
|---|---|

                              */s/ Aaron A. Fredericks*
                              Aaron A. Fredericks, Esq.